PROB 12C  
(7/93)

Report Date: November 4, 2009

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse James Marchand     Case Number: 2:07CR00032-001

Last Reported Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 08/06/2007

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 33 months;     Type of Supervision: Supervised Release  
TSR - 36 months

Asst. U.S. Attorney: Russell E. Smoot     Date Supervision Commenced: 07/16/2009

Defense Attorney: Jeffrey S. Niesen     Date Supervision Expires: 07/15/2012

---

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 12, 2009.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 8 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Jesse James Marchand submitted a urine specimen at North East Washington Medical Group on October 19, 2009. Said specimen was confirmed positive for cocaine. |
| 9 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

        **Supporting Evidence**: On October 27, 2009, Jesse James Marchand was directed by the undersigned officer to report to the U.S. Probation Office by 2 p.m. on October 30, 2009. Mr. Marchand failed to report as directed on October 30, 2009. At the time of this report, Mr. Marchand's whereabouts are unknown.

10      **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Jesse James Marchand failed to report for urinalysis testing at North East Washington Medical Group as directed on October 30, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/04/2009

Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Other

Signature of Judicial Officer

Date